**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 21, 2014**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00606-CV

---

## HARRIS COUNTY, TEXAS, Appellant

## V.

## CARLO PARADA, PATRICIA CONTRERAS AND PATRICIA QUIROZ CONTRERAS, Appellees

---

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2011-03419**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 5, 2013. On August 12, 2014, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Busby.